■ LISA CLAUDIO, as Administrator of the Estate of JAYSON TIRADO, Deceased, et al., Appellants, v SEAN SAWYER, Defendant, and CITY OF NEW YORK, Respondent. [3 NYS3d 603]—

Order, Supreme Court, New York County (Kathryn E. Freed, J.), entered November 1, 2013, which granted defendant City of New York's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

In this action alleging, among other things, causes of action against defendant City for negligent training and instruction arising from the shooting of decedent by defendant Sawyer, an off-duty police officer, after a "road rage" related altercation, the motion court properly found that, defendant Sawyer's act of shooting the decedent was a private, intentional act that occurred outside the scope of his employment as a police officer. Accordingly, any alleged deficiencies in the City's training and instruction of its officers could not have proximately caused decedent's injuries (*see Campos v City of New York*, 32 AD3d 287, 291-292 [1st Dept 2006], *lv denied* 8 NY3d 816 [2007], *appeal dismissed* 9 NY3d 953 [2007]; *Cardona v Cruz*, 271 AD2d 221, 222 [1st Dept 2000]). Concur—Gonzalez, P.J., Acosta, Moskowitz, Richter and Feinman, JJ.